IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Misc No: 4:17-mj-0017 |
| | ) |
| vs. | ) |
| | ) |
| DAVONTE JAVAL SHEPARD | ) |
| | ) **ORDER TO SEAL** |

     The Government believes it is necessary to seal the entire above captioned case to include but not limited to the Complaint, Complaint Affidavit, Arrest Warrant, and Writ in order to avoid disruption of the Government's investigation.

     Based on the foregoing, the court finds that the interest of justice is best served by filing the entire above captioned case including this Order under seal.   It is therefore,

     ORDERED that the entire above captioned case and this Order are filed under seal until further notified by this Court.

     AND IT IS SO ORDERED.

THOMAS E. ROGERS, III
U.S. MAGISTRATE JUDGE

Florence, SC

February 9 , 2017